WESTERN DIST.
*September*, 1840.

WALKER ET AL. *vs.* MARTOLO.

APPEAL FROM THE COURT OF THE FIFTH DISTRICT, FOR THE PARISH OF LAFAYETTE, THE JUDGE OF THE SIXTH PRESIDING.

Where the appellant fails to cause citation of appeal to issue, he will not be entitled to relief under the 19th section of the act of March 20th, 1839, "amending the Code of Practice;" but in such cases the appeal will be dismissed.

This was a redhibitory action, in which there was a verdict and judgment for the defendant. The plaintiff appealed.

The appeal was granted in December, 1838, returnable to the next term of the Supreme Court, at Opelousas, in September, 1839. This term failed and the record was not filed until September term, 1840. The appeal bond was dated September 11th, 1840. It did not appear from the record that any citation of appeal ever issued.

*Neveu*, for the defendant and appellee, moved to dismiss the appeal, for want of a citation of appeal; and also, on the ground that the appeal bond was not given within the time required by law.

*Splane*, contra, insisted that it was customary to waive citations of appeal, among the members of the bar in the fifth district, and to accept service on the record.

2. As there is no service of citation accepted in this case, the appellant should be allowed, under the new law, a continuance and time to make service of citation. *Session acts of* 1839, *sec.* 19, *page* 162.

*Martin, J.*, delivered the opinion of the court.

In this case the appellants having failed to cause citation to issue, the defendant and appellee has moved for the dismissal of the appeal.

It is contended that by the act of 1839, section 19, for "any defect, error or irregularity in the citation of appeal or service thereof," the appellant may have time allowed him to make

service, and that this case should be continued for that purpose.

This is a widely different case from that contemplated by the act of the legislature relied on. Here there was no citation issued. It is the duty of the appellant to see that the necessary steps are taken which are required by law to bring up his appeal and place it legally before this court. Citation is the ground work, and without it no proceedings can be had on the appeal.

It is, therefore, ordered that this appeal be dismissed, with costs.